**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**CRISTIAN KENEDY RAMIREZ-RUIZ** :
:
**Petitioner,** : **3:26-cv-3155**
: **(JUDGE MARIANI)**
**v.** :
:
**CRAIG LOWE, WARDEN OF THE PIKE** :
**COUNTY CORRECTIONAL FACILITY,** :
***et al.*,** :
:
**Respondents.** :

**ORDER**

**AND NOW, THIS** 6th **DAY OF NOVEMBER 2026**, upon consideration of Petitioner Cristian Kenedy Ramirez-Ruiz counseled verified petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 3), Petitioner's traverse (Doc. 4), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Cristian Kenedy Ramirez-Ruiz from the custody of the Warden of the Pike County Correctional Facility and **SHALL RETURN** to him all his personal belongings.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing an affidavit or declaration pursuant to 28 U.S.C. § 1746 **no later than Monday**

**November 9, 2026, at 5:00 P.M.**, confirming that Petitioner Cristian Kenedy Ramirez-Ruiz has been released from custody and that his personal belongings have been returned.

4. Upon Petitioner's release from the Pike County Correctional Facility, Respondents shall be **TEMPORARILY ENJOINED** from re-arresting or re-detaining Petitioner Cristian Kenedy Ramirez-Ruiz for a period of **seven (7) days** to ensure that this habeas remedy is effective.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge